# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **WENDY SCHUCHMANN,** | Case No.: |
| Plaintiff. | 1:21-cv-00072-DRC |
| v. | |
| **SWITCH ENERGY, LLC,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 26, 2021       By: */s/ Jacob U. Ginsburg*
                                                           Jacob U. Ginsburg, Esquire
                                                           Kimmel & Silverman, P.C.
                                                           30 E. Butler Pike
                                                           Ambler, PA 19002
                                                           Phone: (215) 540-8888
                                                           Fax: (877) 788-2864
                                                           Email: jginsburg@creditlaw.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**J. Scott Carr**
Kabat Chapman & Ozmer LLP
171 17th Street, NW, Suite 1550
Atlanta, GA 30363
404-400-7300
Fax: 404-400-7333
Email: scarr@kcozlaw.com
Attorney for Defendant

Dated: July 26, 2021                By: */s/ Jacob U. Ginsburg*
                                            Jacob U. Ginsburg, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: jginsburg@creditlaw.com