# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **WENDY SCHUCHMANN,** <br>      **Plaintiff** <br><br> v <br><br> **SWITCH ENERGY,** <br>      **Defendant** | Case No.: 1:21-cv-00072-DRC |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: September 22, 2021　　　　　　　　*/s/* Jacob U. Ginsburg
　　　　　　　　　　　　　　　　　　　　Jacob U. Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, PC
　　　　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　Telephone: (215) 5408888
　　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　　jginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　teamkimmel@creditlaw.com


　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2021, a true and correct copy of the foregoing pleading served via ECF to all counsel of record:

*/s/* Jacob U. Ginsburg
Jacob U. Ginsburg, Esq.
